UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN G. ROBINSON, | ) | CASE NO.  5:12cv01550 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| EXISCAN LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed with prejudice. Any and all releases, agreements, or judgment entries necessary to comply with this settlement shall be executed by the interested parties. A final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before June 24, 2013.

The Court retains jurisdiction to rule upon defendant's forthcoming motion to declare the case exceptional under 35 U.S.C. § 285[1] (*see* Minutes of Proceedings, May 15, 2013) and any other issues related to the motion or to allocation of fees and costs. The Court also retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

---

[1] 35 U.S.C. § 285 allows the Court, "in exceptional cases[,]" to "award reasonable attorney fees to the prevailing party."

1

This case is hereby closed.

**IT IS SO ORDERED**.

Dated: May 15, 2013

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**